[No. 11323-6-II.   Division Two.   May 11, 1989.]

BENJAMIN LEVINE, *Respondent*, v. JEFFERSON COUNTY, ET AL, *Appellants*.

The decision in the above captioned case which appeared in the advance sheets at 54 Wn. App. 88–93 will not be published in this permanent bound volume pursuant to an order of the Court of Appeals dated January 24, 1990, directing that the opinion be withdrawn. See 57 Wn. App. 1002.